# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**ENRIQUE MACEDO JARAMILLO**

(Name and Address of Defendant)

Venue: SAN FRANCISCO

**CRIMINAL COMPLAINT**

CASE NUMBER: 3-07 70288

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __May 14, 2007__ in __San Francisco County__, in the __Northern District__ of __California__, the defendant, an alien, having been previously excluded, deported, and removed from the United States to Mexico, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title __8__, United States Code, Section __1326__.

I further state that I am an __Immigration and Customs Enforcement Officer__ and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 8 USC Section 1326:
20 years of imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Warrant of Arrest Requested: ☒ Yes ☐ No
Bail Amount: N/A

_____
Signature of Complainant, Cesar Lopez

Sworn to before me and subscribed in my presence,

__May 17, 2007__ at __San Francisco, California__
Date                                             City and State

**Nandor J. Vadas**
**United States District Judge**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ) |
| | ) ss. AFFIDAVIT |
| NORTHERN DISTRICT OF CALIFORNIA | ) |

AFFIDAVIT IN SUPPORT OF A CRIMINAL
COMPLAINT CHARGING
ENRIQUE MACEDO-JARAMILLO
WITH VIOLATING 8 U.S.C. § 1326,
ALIEN FOUND IN THE UNITED STATES AFTER DEPORTATION

I, Cesar Lopez, do swear and affirm as follows,

**Purpose**

1. This affidavit establishes probable cause to arrest Enrique MACEDO-JARAMILLO for violating 8 U.S.C. § 1326, Alien Found in the United States After Deportation, when the defendant, an alien, having been previously excluded, deported, and removed from the United States to Mexico, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

**Relevant Statute**

2. Title 8 U.S.C. Section 1326 states, in relevant part: "Any alien who has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission or with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior act" – is guilty of a felony.

**Affiant Background**

3. I am a Deportation Officer with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been employed in this capacity since July 24, 1994. Previously, I was employed as a United States Immigration Inspector with the Immigration and Naturalization Service, since December 08, 1988. My duties include the investigation and prosecution of violations of the Immigration and Nationality Act and related criminal immigration statutes. I am

1

currently assigned to the Prosecutions Unit of the San Francisco Field Office. In such capacity, I have reviewed the official DHS records (A27 562 462) and DHS automated data relating to Enrique MACEDO-JARAMILLO ("Macedo-Jaramillo"), which attest to the following:

**Case Facts and Evidence**

4. Macedo-Jaramillo is a sixty-two (62) year-old male, native and citizen of Mexico, who last entered the United States illegally by crossing the international border in April of 2007 at an unknown location in Arizona, in an unknown manner, without first having obtained the consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security.

5. ICE's Deportable Alien Control System ("DACS") indicates Macedo-Jaramillo was deported from the United States to Mexico. Macedo-Jaramillo was deported to Mexico through Calexico, California on the following dates: March 5, 1991; October 19, 1992; September 16, 1994; October 12, 1996 and March 24, 2007. On August 4, 1999 he was deported through Del Rio, Texas.

6. On May 14, 2007 ICE encountered Macedo-Jaramillo pursuant to his release from the San Francisco County Jail in San Francisco, California. After being advised of his Miranda / Consular Notification Rights, Macedo-Jaramillo voluntarily provided a sworn statement in which he admitted: his identity, that he was a citizen of Mexico, that he had previously been deported to Mexico, and that he reentered the United States without the required permission.

7. On May 16, 2007, a full set of rolled fingerprints belonging to Macedo-Jaramillo was submitted to the Automated Fingerprint Identification Center ("AFIS"), for verification of identity. The fingerprint examiner positively identified the fingerprint as belonging to Macedo-Jaramillo who had previously been removed from the United States as referenced above in paragraph 5.

8. There is no indication in the official files of the United States Department of Homeland Security that Macedo-Jaramillo ever applied for or obtained the permission of the United States Attorney General or the Secretary of Homeland Security to reenter the United States.

**Conclusion**

9. Based upon the facts described above, I believe that there is probable cause to believe that the defendant, Enrique MACEDO-JARAMILLO, having previously been deported from the United States to Mexico, has been found in the United States without the required permission, in violation of Title 8, United States Code, Section 1326.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Cesar Lopez
U.S. Customs and Border Protection
U.S. Dept. of Homeland Security


SUBSCRIBED AND SWORN BEFORE ME
ON May 17, 2007

_____
The Honorable Nandor J. Vadas
U.S. District Court Judge
Northern District of California

3